UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SWAN SWANSON, et al., )
 )
    Plaintiffs, )
 )
v. ) No. 4:16CV108 JCH
 )
AMERICAN BAR ASSOCIATION, et al., )
 )
    Defendants. )

## MEMORANDUM AND ORDER

Plaintiffs seek leave to proceed in forma pauperis in this civil action. The request is granted. Additionally, the complaint is dismissed under 28 U.S.C. § 1915(e).

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. An action is frivolous if it "lacks an arguable basis in either law or fact." *Neitzke v. Williams*, 490 U.S. 319, 328 (1989).

The allegations in the complaint are incomprehensible. There is no indication, either in the complaint or the exhibits, that the complaint concerns any activities that might have occurred in this District. After thoroughly reviewing the complaint, it is plainly clear that it is patently meritless.[1] As a result, the Court finds that this action must be dismissed as legally frivolous.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

---

[1] The Court notes that the United States District Court for the Northern District of New York has enjoined plaintiff Mazzeo Unum from filing civil actions there because of his history of filing bad faith litigation. *In re Mazzeo Unum*, No. 1:14-af-4 (N.D.N.Y.).

**IT IS FURTHER ORDERED** that plaintiffs' motion for appointment of counsel [ECF No. 3] is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 29th day of January, 2016.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE